# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO SANCHEZ, | No. SA CV 13-732-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RICHARD B. IVES, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/15/15

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE